UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRESHUB, INC., a Delaware Corporation, and FRESHUB, LTD., an Israeli Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, AMAZON DIGITAL SERVICES, LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET, INC., a Texas Corporation,<br><br>Defendants. | Case No. 6:19-cv-388 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO
<u>PLAINTIFFS' COMPLAINT FOR PATENT INFRINGEMENT</u>**

Defendants Amazon.com, Inc., Amazon Digital Services, LLC, Prime Now, LLC and Whole Foods Market, Inc. (collectively, "Defendants") file this unopposed motion to answer or otherwise respond to Plaintiffs Freshub, Inc. and Freshub, Ltd. (collectively, "Plaintiffs") Complaint for Patent Infringement up to and including Monday, August 19, 2019.

Plaintiffs' Complaint was filed on June 24, 2019. The current deadline for Defendants Amazon.com, Amazon Digital Services, LLC and Prime Now LLC to respond to the complaint is July 18, 2019 and the current deadline for Defendant Whole Foods Market, Inc. to respond to the complaint is July 19, 2019. Defendants request an extension to respond to the complaint up to and including August 19, 2019. Counsel for Defendants have conferred with counsel for Plaintiffs

prior to filing this motion and Plaintiffs do not oppose this extension. This motion is not made for delay, but only to permit orderly resolution of issues in the case. Defendants therefore respectfully request that the Court enter an order and extend the deadline for all Defendants to answer or otherwise respond to Plaintiffs' Complaint up to and including Monday, August 19, 2019.

Dated:   July 17, 2019                                  Respectfully submitted,

                                              Barry K. Shelton
Texas Bar No. 24055029
SHELTON COBURN LLP
311 Ranch Road 620 S, Suite 205
Austin, TX  78734-4775
Telephone: (512) 263-2165
Email: bshelton@sheltoncoburn.com

*Counsel for Defendants*
AMAZON.COM, INC., AMAZON DIGITAL SERVICES, LLC, PRIME NOW, LLC and WHOLE FOODS MARKET, INC.

3

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(b)(1) on July 17, 2019.

                                        */s/ Barry K. Shelton*
                                        Barry K. Shelton